UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MIA WILLIAMS,**

      **Plaintiff,**

v.                                                 **Case No:  6:16-cv-731-Orl-41TBS**

**COVENTRY HEALTH CARE OF**
**FLORIDA, INC.,**

      **Defendant.**

                                             /

**ORDER**

THIS CAUSE is before the Court on the Stipulated Motion for Conditional Class Certification and Court-Authorized Notice (Doc. 23) and Plaintiff's motion (Doc. 25), requesting that she be permitted to send notice to potential class members via e-mail. United States Magistrate Judge Thomas B. Smith issued a Report and Recommendation (Doc. 31), recommending that the Court grant the motions.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 31) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Stipulated Motion for Conditional Class Certification and Court-Authorized Notice (Doc. 23) is **GRANTED**.

3. This case is **CONDITIONALLY CERTIFIED** as a collective action for the following class:

   > All Social Workers employed by Defendant in the State of Florida within the three-year period immediately preceding the filing of this case.

4. The proposed Notice of Lawsuit Regarding Potential Overtime Wages and consent/opt-in form (Doc. 23-1) is approved.

5. Plaintiff's Motion (Doc. 25) regarding service via e-mail is **GRANTED**.

6. **On or before December 5, 2016**, Defendant shall deliver to Plaintiff's counsel the list containing the full names and last known addresses (including personal e-mail addresses, if known) of putative class members, consistent with the terms of the Stipulated Motion.

7. Within twenty-one days of receiving the names and addresses from Defendant, Plaintiff's counsel shall give notice to the individuals in the conditionally certified class, with the following limitations:

   a. Plaintiff shall not give notice to any person who currently has on file a consent to join in this action.

   b. The Notice and Consent to Join shall be in the stipulated form approved by the Court and shall be mailed on the same day via first class U.S. Mail to all individuals disclosed by Defendant (other than those persons who currently are opt-in Plaintiffs in this action) at the sole cost and expense of Plaintiff, dated with the date of mailing, and shall allow each individual up to sixty days from the date of mailing to return a Consent to Join form to Plaintiff's counsel.

      c.  In addition to (and not in lieu of) service by first class mail, Plaintiff may serve notice via personal e-mail address.

8. Individuals who timely opt into this action shall be deemed parties for all purposes under the Federal Rules of Civil Procedure pending further order of this Court and may be represented at any settlement or mediation by the named Plaintiff.

**DONE** and **ORDERED** in Orlando, Florida on November 28, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record