UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MIA WILLIAMS,**

      **Plaintiff,**

v.                                                        **Case No:  6:16-cv-731-Orl-41TBS**

**COVENTRY HEALTH CARE OF
FLORIDA, INC., COVENTRY HEALTH
CARE, INC., AETNA LIFE
INSURANCE COMPANY, AETNA INC.
and AETNA MEDICAID
ADMINISTRATORS, LLC,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Notice of Filing Revised Settlement Agreement Pursuant to Direction of the Court and Renewed Request for Final Approval ("Motion for Settlement Approval," Doc. 106), and Plaintiffs' Counsel's Brief in Support of Attorney's Fees and Cost (Doc. 107). The motion will be granted.

The factual background of this case was thoroughly set forth in Judge Smith's Report and Recommendation (Doc. 99) and this Court's previous Order (Doc. 105). It need not be repeated here. It suffices to say that the parties have reached a settlement in a collective action under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, and they now seek approval of the settlement.

In the Court's previous Order, several problems with the settlement agreement were addressed, which the parties have remedied in the Revised Settlement Agreement and Release ("Revised Settlement Agreement," Doc. 106-1). Additionally, Plaintiffs' counsel has adequately

briefed the Court regarding the reasonableness of the attorneys' fee award. Given the detailed analysis in Plaintiff's brief along with the fact that the Court has already determined that the settlement provides an excellent result for Plaintiffs, the attorneys' fee provision will be approved.

The only remaining issue is that paragraph 6 of the Revised Settlement Agreement is somewhat ambiguous and could be construed to mean that the Agreement can be modified absent Court approval. The Court simply clarifies that any amendments to the Revised Settlement Approval are null and void absent Court approval.

Accordingly, it is **ORDERED** and **ADJUGED** as follows:

1. The Notice of Filing Revised Settlement Agreement Pursuant to Direction of the Court and Renewed Request for Final Approval (Doc. 106) is **GRANTED**.
2. The Revised Settlement Agreement (Doc. 106-1) is **APPROVED**.
3. The Motion for Status Conference (Doc. 109) is **DENIED**.
4. This case is **DISMISSED with prejudice**.
5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 27, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record